Nash, O. J.
 

 The court below could not charge the jury
 
 *174
 
 as required; they were not restricted in their inquiry to the time embraced in the indictment, bat were at liberty, as directed by his Honor, to take into consideration
 
 any
 
 acts of the defendants, charged in the bill and proved to have been committed within two years, next before the finding of the indictment or the legal presenting of the offence. At common law it is indispensable that the indictment should fix some certain day at which every material fact, constituting the crime, occurred. The authorities, however, fully show that it is sufficient to prove on the trial, that the offence was committed before the prosecution was commenced. The rule does not apply to cases where time enters into the offence. Time does not enter into the offence here charged, except that time which limits the commencement of the prosecution. Ilis Honor was perfectly correct in telling the jury that if they were satisfied, from evidence, that the defendants were guilty within two years before the finding of the bill of indictment, they should convict them. See
 
 Pettijohn
 
 v. Williams,
 
 ante
 
 33.
 

 Pee CukiaM. Judgment affirmed.